United States District Court
For The
District Of Maine

Kimberly D Crosson + Pro Se
b/o Gypsy Roma - Service dog

V                                    Docket _____

Michael "Drew" Hatin

Civil / Jury request

Kimberly D Crosson   PO Box 111 Freeport, Me 04032

Michael "Drew" Hatin  24 Main St. Island Pond, Vt. 0584[cut off]

Jurisdiction - believed to be to appropriate court due to parties being a conflict for filing in Vermont at all court levels, plaintiff resides in Maine, Portland region.

Claims - violations of USC 242-1983, civil human, disability, constitution, and more. please see attached statement

Relief - 1.5 million American cash dollars, punitive damages, all that apply - please see attached statement.

→

Kimberly D Crosson Pro Se

Kimberly D Crosson

P. O. Box 111 Freeport, Me
04032

Kimberly D Crosson  5/24/2022
v
Michael Hatin

On or about May 26, 2022 it was brought to my attention while I was away Michael locked my apartment, not allowing me reentry. Also affirmed he was in my rented/leased apartment with police unwarrantedly the same day.

As a result, I lost my place of residence, all personal and household items. This leading to violation of rights USC 242 1983 housing act, disability rights, amendment 1, 4, and more. I sue Michael D Hatin. Much personal life lost, hardships, medical, emotional mental distress and anguish without reason and confirmed through courts no eviction proceeding, this follows months of harrassment by landlord, friends of, employees of and tenants.

Kimberly D Crosson
Kimberly D Crosson
Kimberly D Crosson
PO Box 111 Freeport, Me
04032

*M. Hatin*

109 railroad Street Island pond Vermont 05846

Wrongful eviction statement

On or about the day of May 26th 2021 I was made aware by my daughter that Vermont State Police entered my apartment being located at 109 railroad Street apartment number 7 third floor. I have verified through angel on an audio recorded conversation that took place May 20th 2022 verifying one more time before filing civil lawsuit there was no eviction process filed or served against me or upon me for my Police department being number seven located at 109 railroad Street Island pond Vermont 05846.

For nearly a year to date I have been requesting protection and for a defendant that I had restraining order against to be removed from the residents and property of 109 railroad Street Island pond Vermont. I'm going harassment continued. I have copies of mail, pictures, audio recordings, and writings that have already been submitted to Washington DC supreme Court as well as request for FBI investigation to be conducted pertaining to the frivolous Acts being committed against myself and my family to include but not limited to daughter grandson and family animals, vandalism to our homes and vehicles all recognized previously April 9th 2021 in a civil matter restraining order in junction hearing how that Essex county Guildhall Vermont courthouse.

April first 2021 Michael Hatin being the owner/landlord of 109 railroad Street Island pond Vermont apartment number 7 conversated with me in my kitchen and told me he wasn't worried about my rent he was concerned for my safety as well as my daughter and grandson gesturing verbally to me that I need to take my daughter and grandson in the middle of the night and leave town. This all being made known to the judge in a restraining order hearing April 9 2021.

Following April 9 2021 permanent restraining order in place continuous harassment in violation of restraining order being committed by the defendant Kevin bickford as well as by Vermont State Police not enforcing my rights to safety and removing the defendant from the building where he had been continuously writing and reporting false statements leading to misdemeanor charge and a second one as well as frivolous restraining and domestic violence orders being served upon me through a frivolous arrest warrant leading to a frivolous search warrant.

I had made Michael aware as well as his wife Cheyenne that I would be going to Maine periodically and had full intent to be moving there at the end of my lease my home was being repaired and prepared for my family on our family property.

Each time I traveled to main and back there would be something else transpire and so I would have to alert the landlord that I was being harassed to include but not limited to dog feces from apartment 4 being thrown at my door and police being called claiming that it was me. Calls to adult protectives as well as Vermont State Police making false reports against me already founded April 9th 2021. All of this harassment started February 2021 and reported to all levels requesting assistance for safety and being denied through all police request for injunctions and organizations. This leaves me to believe and none to doubt that Michael h a t i n was involved with the Federalist acts being committed against myself my daughter and my family. I have an audio recording a conversation with Michael's wife. This recording took place May 2021 it pertains to the conversation Mike's wife advising me that I needed to take my grandson and my daughter in the middle of the night and leave town because people were after me and

M Hatin



Bree. She also acknowledges that the police aren't doing their job and that there's no reason Kevin should be there because he was not a tenant which verifies what the judge had recently acknowledged in the same requested civil restraining order April 9th 2021

As a result of this I was made aware that Vermont State Police entered my home without a search warrant and I verified with the course that there was not a search warrant noting that my apartment being on third floor number seven was separate entry without permission from me the Vermont State Police had no business going into my home without a search warrant and what were they looking for is beyond me they already knew that I had all my paperwork of evidence with me so were they trying to plant something on me knowing full well that I had previously sent in audio recordings pictures and statement with claim too both the police and the landlord in regards to Kevin bickford and Aaron ordway. I still have the copies of the request for them to not be in the apartment building making meth and as a result my daughter and I were retaliated against being the only ones that didn't drink do drugs or any of the above we were forced out of our homes illegally and lost everything we owned defaming our character by slanderous comments and actions impeding on our Liberty violating our constitutional rights human rights civil rights disability rights housing rights and all that apply.

I make it fully known and aware that I bring lawsuit against Michael Hatin owner of 109 railroad Street apartment 7 Island pond Vermont 05846 for All above mentioned and more that will apply.

I seek maximum amount of ~~primitive~~ punitive damage and lawsuit judgment of no less than 2.5 million plus punitive damage emotional mental distress and all fees that come up the distraction and violations of my human rights and housing.

Kimberly Crosson     Pro Se

Kimberly D Crossn
PO Box 111
Freeport, Me
04032
Kimchowes@gmail.com