UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KIMBERLY D. CROSSON<br>Plaintiff,<br><br>v.<br><br>MICHAEL DREW HATIN<br>Defendant, | )<br>)<br>)<br>)  Civil No. 2:22-cv-00166-LEW<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order Affirming Recommended Decision of the Magistrate Judge entered by U.S. District Judge Lance E. Walker on July 28, 2022,

JUDGMENT of dismissal is hereby entered.

                                              CHRISTA K. BERRY
                                              CLERK


                              By:   <u>/s/ Meghan Maker</u>
                                           Deputy Clerk

Dated: July 29, 2022